# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Zaouida Laroussi Reghay, aka Zaouida Reghay. aka Zaouida L. Reghay, **Debtor 1** | Chapter: | 7 |
| | Case No.: | 5:21-02267-MJC |
| Ilah Laroussi, **Debtor 2** | | |
| Zaouida Laroussi Reghay, **Movant** | Document No.: | 31 |
| vs. Midland Funding, LLC and Robert P. Sheils, Jr., Trustee **Respondents** | Nature of Proceeding: | Motion to Avoid Judicial Lien |

## ORDER DENYING MOTION TO AVOID LIEN OF RESPONDENT UNDER SECTION 522(f) OF THE BANKRUPTCY CODE

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code, Dkt. # 31 ("Motion"), it is hereby

**ORDERED AND DECREED** that the Motion is **DENIED** for failure to comply with the service requirements under Fed. R. Bankr. P. 7004(b)(3).

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 9, 2022